THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00037-MR-DLH

| | | |
|---|---|---|
| JOSEPH D. LOVELACE and STONY G. YEARWOOD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| CITY OF SHELBY, NORTH CAROLINA, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the report of the mediator advising that this case has been settled [Doc. 15].

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal or proposed consent judgment for the Court's approval on or before **May 26, 2015**.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge